# BOIES, SCHILLER & FLEXNER LLP

**MEMO ENDORSED**

July 25, 2014

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 7/28/2014
```

**Via Email SullivanNYSDChambers@nysd.uscourts.gov**
Hon. Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

Re: **Johnson & Johnson v. Guidant Corporation**, No. 06 Civ. 7685 (RJS)

Dear Judge Sullivan:

Along with Shearman & Sterling LLP we represent defendant Guidant Corporation and write in connection with the conference currently scheduled for August 8, 2014 at 2:00 PM.

Due to a conflict with Mr. Boies' previously scheduled commitment to speak at the American Bar Association meeting in Boston on August 8th, we request that the Court reschedule the conference to earlier in the day on August 8th or the morning of August 6th. We have conferred with Johnson & Johnson's counsel who have confirmed that they are available and willing to reschedule to those dates and times.

Thank you for your consideration of this matter.

Respectfully submitted,

William Ohlemeyer

cc: Harold P. Weinberger
Timothy J. Helwick

IT IS HEREBY ORDERED THAT the conference is rescheduled to 10:00 a.m. on Wednesday, August 6, 2014 in Courtroom 905 of the Thurgood Marshall Courthouse.

SO ORDERED.
Dated: 7/28/14
RICHARD J. SULLIVAN
U.S.D.J.

www.bsfllp.com

WWW.BSFLLP.COM