**MEMO ENDORSED**

KRAMER LEVIN NAFTALIS & FRANKEL LLP

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2014
```

JOHN P. COFFEY
PARTNER
PHONE 212-715-9456
FAX 212-715-8456
SCOFFEY@KRAMERLEVIN.COM

October 22, 2014

**BY EMAIL**

The Honorable Richard J. Sullivan
United States District Court
   for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

IT IS HEREBY ORDERED THAT the pre-trial conference is adjourned to 8:30 a.m. on November 6, 2014. IT IS FURTHER ORDERED THAT Mr. Boies is excused from attending the pre-trial conference.

SO ORDERED
Dated: 10/23/2014
RICHARD J. SULLIVAN
U.S.D.J.

Re: *Johnson & Johnson v. Guidant Corporation*, 06 CV 7685 (RJS)

Dear Judge Sullivan:

      We are counsel to plaintiff Johnson & Johnson in the above-captioned action. Earlier this week, we had informed the Court that, due to a teaching obligation, I am unable to attend the pre-trial conference currently scheduled for October 31, 2014 and that we were exploring with Guidant's counsel alternative dates to propose to the Court. I write, on behalf of both parties, to respectfully request that the pre-trial conference be rescheduled to the morning of November 6, 2014.

      Additionally, because Mr. Boies will still be on trial in *Starr International Co. Inc. et al. v. U.S.*, 1:11-cv-00779, in the U.S. Court of Federal Claims, counsel for Guidant respectfully request that Mr. Boies be excused from appearing at the pre-trial conference whether it occurs on October 31, 2014 or November 6, 2014. J&J has no objection to this request.

      Thank you for your consideration of these matters.

Respectfully yours,

John P. Coffey

cc: William S. Ohlemeyer, Esq. (by email)
    John Gueli, Esq. (by email)

1177 AVENUE OF THE AMERICAS   NEW YORK NY 10036-2714   PHONE 212.715.9100   FAX 212.715.8000

990 MARSH ROAD   MENLO PARK CA 94025-1949   PHONE 650.752.1700   FAX 650.752.1800

47 AVENUE HOCHE   75008 PARIS FRANCE   PHONE (33-1) 44 09 46 00   FAX (33-1) 44 09 46 01

www.kramerlevin.com

KL3 2992175.3