MEMO ENDORSED

**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



Direct Line: 212-859-8935
Fax: 212-859-4000
e-mail: stephen.juris@friedfrank.com

November 10, 2014

**BY ECF**

The Honorable Richard J. Sullivan
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/11/2014
```

Re: *Johnson & Johnson v. Guidant Corporation*, et al., 06 cv-7685-RJS -- Request for Removal from ECF Noticing

Dear Judge Sullivan:

I write to respectfully request removal from ECF noticing in the above-referenced action pending before your Honor. Several years ago, while at my prior law firm Morvillo Abramowitz Grand Iason & Anello P.C., I appeared as local counsel for Abbott Laboratories, a defendant that subsequently was dismissed from the action and is no longer a party. I recently changed firms, but according to the Southern District of New York's Attorney Services Department I am required to seek permission from your Honor before my ECF noticing may be discontinued in this matter.

I appreciate your Honor's consideration of this request.

Respectfully,

Stephen M. Juris

cc: All Counsel of Record (by ECF)

9630139

SO ORDERED
Dated: 11/11/14
RICHARD J. SULLIVAN
U.S.D.J.

New York • Washington DC • London • Paris • Frankfurt • Hong Kong • Shanghai
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership