UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
----------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2014
```

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __Johnson & Johnson v. Guidant Corporation_____

_____, No. _06-cv-7685_

The date(s) for which such authorization is provided is (are) _11/20/14-11/26/14, 12/15/14-12/19/14_.

| Attorney | Device(s) |
|---|---|
| 1. Harold P. Weinberger | Mobile Phone |
| 2. Joel M. Taylor | Laptop, Mobile Phone |
| 3. Jennifer Diana | Laptop, Mobile Phone |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: __11/17/14__          _____
                              United States Judge

Revised: February 26, 2014

Page 2 of Standing Order M10-468

| Attorney | Device(s) |
|---|---|
| Jason Moff | Mobile Phone |
| Michelle Ben-David | Mobile Phone |
| Marco Canego | Laptop |
| David Boies | Mobile Phone |
| Jack Wilson | Mobile Phone |
| Joseph Kroetsch | Laptop, Mobile Phone |
| James Ostaszewski | Laptop, Mobile Phone |
| Daniel Bryan | Laptop |
| Paul Fattaruso | Laptop, Mobile Phone |
| Jon-Michael Dougherty | Laptop |
| John Gueli | Mobile Phone |
| Daniel H.R. LaGuardia | Laptop, Mobile Phone |
| Richard Merisier (RLM Consultant) | 2 Laptops, 1 External Hard Drive, 1 Thumb Drive, 1 Laser Pointer, 1 PowerPoint Clicker |

SO ORDERED
Dated: 11/17/14

RICHARD J. SULLIVAN
U.S.D.J.