UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNSON & JOHNSON,

                Plaintiff,

-v-

GUIDANT CORPORATION,

                Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2014
```

No. 06-cv-7685 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Trial in this matter will commence at 9:30 a.m. on November 20, 2014 in Courtroom 905 of the Thurgood Marshall Courthouse.

SO ORDERED.

Dated:    November 18, 2014
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE