# BOIES, SCHILLER & FLEXNER LLP

333 MAIN STREET • ARMONK, NY 10504 • PH. 914.749.8200 • FAX 914.749.8300

December 10, 2014

**BY E-MAIL** (sullivannysdchambers@nysd.uscourts.com)

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2014

Re: *Johnson & Johnson v. Guidant Corporation*, 06-cv-7685 (RJS)

Dear Judge Sullivan:

Boies, Schiller & Flexner LLP, counsel for Guidant Corp. in the above-referenced action, writes to respectfully request that Your Honor permit Boies Schiller and its transportation vendor, Luxor, access to the courthouse loading dock, accessible via Pearl Street, for the remaining trial days in December 2014 (15-19) to bring into the courthouse boxes of exhibits and other materials. The U.S. Marshal Service for the Southern District of New York has directed Boies Schiller to make use of the loading dock for moving materials into and out of the courthouse on a daily basis.

Subject to your approval, delivery will be made to the courthouse by a black Sprinter van bearing Luxor identifying marks. Jon-Michael Dougherty (Boies Schiller) or Daniel Roseman (Boies Schiller) will be present for all arrivals and departures by Luxor from the courthouse facility.

Thank you for your consideration.

Respectfully submitted,

Jack Wilson / dg

Jack Wilson

Enclosure

cc: Harold P. Weinberger, Kramer Levin Naftalis & Frankel LLP
    (via PDF Email)

SO ORDERED
RICHARD J. SULLIVAN
U.S.D.J.
12/10/14

WWW.BSFLLP.COM