UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12 11 2014
```

JOHNSON & JOHNSON,

                    Plaintiff,

    -v-                                         No. 06-cv-7685 (RJS)
                                                <u>ORDER</u>

GUIDANT CORPORATION,

                    Defendant.

<u>RICHARD J. SULLIVAN</u>, District Judge:

        The bench trial in this matter will resume at 9:30 a.m. on December 15, 2014 in Courtroom

905 of the Thurgood Marshall Courthouse.  Accordingly, IT IS HEREBY ORDERED THAT the

parties shall submit a joint letter to the Court by December 12, 2014, setting forth the anticipated

schedule of witnesses to be examined on each day of trial.

SO ORDERED.

Dated:          December 10, 2014
                New York, New York

                                                _____
                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE