**BOIES, SCHILLER & FLEXNER LLP**

333 MAIN STREET • ARMONK, NY 10504 • PH. 914.749.8200 • FAX 914.749.8300

December 18, 2014

**Via ECF and E-Mail**
Hon. Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007
(212) 805-0264
sullivannysdchambers@nysd.uscourts.gov
Courtroom 905

      Re: **Johnson & Johnson v. Guidant Corporation**, No. 06 Civ. 7685 (RJS)

Dear Judge Sullivan:

      I write on behalf of Guidant to request that the Court schedule the closing argument in this matter on January 21, 2015.

                                        Respectfully submitted,

                                        William S. Ohlemeyer

cc:    Harold P. Weinberger
       John P. Coffey
       John Gueli