KRAMER LEVIN NAFTALIS & FRANKEL LLP

HAROLD P. WEINBERGER
PARTNER
PHONE 212-715-9132
FAX 212-715-8132
HWEINBERGER@KRAMERLEVIN.COM

December 18, 2014

**VIA ECF and E-MAIL** (sullivannysdchambers@nysd.uscourts.com)

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *Johnson & Johnson v. Guidant Corporation*, 06-cv-7685 (RJS)

Dear Judge Sullivan:

    We are in receipt of the letter from Mr. Ohlemeyer proposing January 21, 2015 as the date of closing arguments in this case. As we indicated in court today, that date is acceptable to us on behalf of Johnson & Johnson. We respectfully request that the Court set aside either the morning or the afternoon for the arguments.

                                     Respectfully submitted,

                                     Harold P. Weinberger

Enclosure

cc:   John Gueli, Shearman & Sterling LLP
       William Ohlemeyer, Boies Schiller & Flexner LLP
       (both via PDF Email)