# BOIES, SCHILLER & FLEXNER LLP

333 Main Street • Armonk, NY 10504 • 914-749-8200 • FAX 914-749-8300

January 15, 2015

**BY ECF AND E-MAIL** (sullivannysdchambers@nysd.uscourts.com)

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2015

Re: *Johnson & Johnson v. Guidant Corporation*, 06-cv-7685 (RJS)

Dear Judge Sullivan:

    We write on behalf of the parties in the above-referenced action to request that Your Honor permit the parties access to the courtroom prior to the summations hearing in order to set up A/V equipment and to bring into the courtroom boxes of exhibits and other materials. The equipment will permit the parties to more efficiently present their summations by quickly and clearly displaying and annotating electronic exhibits, video, and demonstratives during the course of the proceeding. Prior access to the courtroom will also allow the parties to bring into the courtroom and stow boxes and other materials prior to the start of the summations, thereby reducing disruptions once the proceeding has begun.

    Subject to your approval, delivery will be made to the courthouse by a white Chevy Express van bearing an Aquipt logo and PA license plate number YYB-7243. The setup will take place at approximately noon on Wednesday, January 21, 2015, depending upon when your Honor's current proceeding ends. Two of the following employees of Aquipt will be present for the setup: Brad Smith and Jeremy Coley. In addition, Marco Carego (FTI Consulting), Richard Merisier (RLM), Jennifer Diana (Kramer Levin), Michelle Ben-David (Kramer Levin), Paul Colbourne (Kramer Levin), Jon-Michael Dougherty (Boies Schiller), and Daniel Roseman (Boies Schiller) will be present during the setup.

Aquipt will deliver and set up the following equipment in the courtroom:

1- Speaker System (shared)
2- VGA Switches (1 KL, 1 Boies)
3- Distribution amplifiers
Miscellaneous VGA and power cables and strips
1- Printer
- Laptops for the printer (2 KL)

Honorable Richard J. Sullivan
January 15, 2015
Page 2 of 2

Printer toner and paper
Network Equipment
2- Monitors
3- 2x4' Folding Table with skirts (2 KL, 1 Boies)
3- Tripods
2- Laser pointer
2- Slide clicker

The following number of boxes of exhibits and other materials will be brought into the courtroom by the parties during the equipment installation.

5 bankers boxes (approx.) from plaintiff

5 bankers boxes (approx.) from defendants

    Thank you for your consideration.

                                      Respectfully submitted,

                                      s/ Jack Wilson

                                      JackWilson

                                      333 Main Street
                                      Armonk, NY 10520
                                      Ph: 914-749-8400
                                      Fax: 914-749-8300
                                      jwilson@bsfllp.com

Enclosures

cc:    Harold P. Weinberger, Kramer Levin Naftalis & Frankel LLP
        John Gueli, Shearman & Sterling LLP
        (both via PDF Email)

SO ORDERED
Date: 1/15/15
RICHARD J. SULLIVAN
U.S.D.J.